IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On January 8, 2010, the defendant appeared with counsel for a hearing on an Amended Petition for Warrant for Offender Under Supervision. (Filing No. 147 ). Defendant was present and represented by David R. Stickman. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney. The defendant admitted allegation numbers 1 and 5 contained within the Petition are true and the Court found the defendant to be in violation of conditions of his supervised release. On motion of the plaintiff, the Court dismissed allegation numbers 2, 3 and 4.

The Court accepted the defendant's admissions, found he violated the terms of his Supervised Release and that his Supervised Release should be revoked. The defendant was ordered released from custody for placement at the Williams Prepared Place and participation in a batterer's program for domestic violence, pending disposition.

IT IS ORDERED:

1) The defendant's supervised release is hereby revoked and disposition in this matter is set for:

**Friday, July 9, 2010, at 9:00 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) That pending disposition, the defendant shall reside at and successfully participate in the program at Williams Prepared Place and complete a batterer's program for domestic violence as recommended by the United States Probation office. If the defendant is in compliance with his programs the court, on motion of the parties and without hearing, will continue the disposition hearing for approximately six months, and as necessary after that, so the defendant can complete the programs.

DATED this 8th day of January, 2010.

BY THE COURT:


/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court