IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3049 |
| | ) | |
| v. | ) | |
| | ) | |
| MARCUS THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint oral
motion of the parties to dismiss the petitions for warrant or
summons for offender under supervision (Filing Nos. 140 and 147).
The Court, having been advised by the parties and the United
States Probation Officer that the defendant has completed the
programming required of him by the Court at the last hearing,
determines that Mr. Thomas should be released from supervised
release and the petition and amended petition for offender under
supervision should be dismissed.  Accordingly,

IT IS ORDERED that the defendant, Marcus Thomas, is
discharged from the supervision which began on November 4, 2005,
and which was imposed pursuant to this Court's judgment on

October 16, 2002.  The petitions for warrant or summons for
offender under supervision are dismissed.

DATED this 9th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court